# EXHIBIT "1"

RP-2022-546945
11/10/2022 ER $22.00

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## SPECIAL WARRANTY DEED

**Date:** Sept. 24, 2022

**Grantor:** MICHAEL BURKE
**Address:** 2923 ROYAL GLEN DRIVE,
KINGWOOD, TX 77339

**Grantee:** ROYAL GLEN TRUST,
JUSTINA DE PASQUALE AS TRUSTEE
**Address:** P. O. BOX 133172
THE WOODLANDS, TX 77393

**Consideration:**

Ten and No/100 (10.00) Dollars and other valuable consideration

**Property:** (including any improvements):

**Legal Description:** LOT TWENTY-SEVEN (27), IN BLOCK SIXTEEN (16), OF ELM GROVE VILLAGE, SECTION TWO (2), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 286, PAGE 139, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

## TAX ID# 1143850160027

**Also known as:** 2923 ROYAL GLEN DRIVE, KINGWOOD, TX 77339

**Exceptions to Conveyance and Warranty:** Liens described as of the Consideration and any other liens described in this deed as being either assumed by Grantee or subject to which title is taken by Grantee; validly existing restrictive covenants common to the platted subdivision in which the Property is located; standby fees, taxes and assessments by any taxing authority for the year 2022 and subsequent years, and subsequent taxes and assessments by any taxing authority for prior years due to change in land usage or ownership; validly existing utilities easements created by the dedication deed or plat of the subdivision in which the Property is located; any discrepancies, conflicts, or shortages in area or boundary lines, or any encroachments or protrusions, or any overlapping of improvements; homestead or community property or survivorship rights, if any, of any spouse or Grantee; and any validly existing titles or rights asserted by anyone, including but not limited to persons, the public, corporations, governments, or other entities, to (a) tidelands or lands

1

comprising the shores or beds of navigable or perennial rivers and streams, lakes, bays, gulfs, or oceans, (b) lands beyond the line of the harbor or bulkhead lines as established or changed by any government, (c) filled-in lands or artificial islands, (d) statutory water rights, including riparian rights, or the area extending from the line of mean low tide to the line of vegetation or the right of access to that area or easement along and across that area.

Grantor, for the Consideration and subject to the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through or under Grantor but not otherwise, except as to the Exceptions to Conveyance and Warranty.

The grantor is not warranting the habitability of the premises on said property, Grantee is accepting property in an AS-IS condition and will have no recourse in the courts against the grantor for any property conditions. This Conveyance Is Made Subject-To But In No Wise Assuming All Outstanding Liens Of Record. All Escrows, If Any, Pass To Grantee.

When the context requires, singular nouns and pronouns include the plural.

_____
MICHAEL BURKE

### ACKNOWLEDGMENT

STATE OF ___Texas___ {}

COUNTY OF ___Harris___ {}

SWORN TO AND SUBSCRIBED before me by **MICHAEL BURKE**

on this the __24TH__ day of __September__, 2022.



_____
NOTARY PUBLIC
STATE OF __Texas__
Notary's Name: Luz M Eguia
Notary Commission Expires: 9/6/26

RP-2022-546945

2

RP-2022-546945
# Pages 3
11/10/2022 03:33 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $22.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS