UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Michael Burke, et al.

v.    Case Number: 4:22–cv–03480

Flagstar Bank

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/3/2023

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 21, 2023

Nathan Ochsner, Clerk