United States District Court
Southern District of Texas
**ENTERED**
May 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL BURKE, *et al.*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:22-CV-03480 |
| FLAGSTAR BANK, | § |
| Defendant. | § |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to Magistrate Judge Yvonne Y. Ho to conduct all further proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motions of the parties.

It is therefore **ORDERED** that this case is **TRANSFERRED** to United States Magistrate Judge Yvonne Ho for all pretrial matters to include the issuance of a Memorandum and Recommendation on any dispositive motions.

_5/12/23_
Date

_____
The Honorable Alfred H. Bennett
United States District Judge